# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

## ELECTRONIC CERTIFICATION

I hereby attest and certify on May 7, 2004
that the foregoing document is a full, true and correct copy of the original
on file in my office and in my custody.

CLERK, U. S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy Clerk

Electronic Certification Issued pursuant to General Order 99-3

Verification Code__UZDNSXhk\hT

PROBATION FORM NO 35
(1/92)

Report and Order Terminating Probation/
Supervised Release

Prior to Original Expiration Date _____

___ FILED       ___ LODGED
___ RECEIVED    ___ COPY

MAY - 7 2004

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# United States District Court
## FOR THE
### DISTRICT OF ARIZONA

UNITED STATES OF AMERICA

v.                                                Crim. No. 96CR00092-001-TUC-WDB

RAYMOND SANCHEZ GARCIA

On July 12, 2000 the above named was placed on supervised release for a period of five years. He has complied with the rules and regulations of supervised release and is no longer in need of supervised release. It is accordingly recommended that he be discharged from supervised release.

Respectfully submitted,

Erin C. Jesensky
U. S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this 6 day of May, 2004

William D. Browning
The Honorable William D. Browning
United States District Judge